IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCONDA FENDERSON,              )<br>                                                    )<br>      Plaintiff,                               )<br>                                                    )<br>v.                                                )<br>                                                    )<br>CAROLYN W. COLVIN,              )<br>Acting Commissioner of Social Security  )<br>                                                    )<br>      Defendant.                            ) | CASE NO. 2:12-cv-542-TFM<br>[wo] |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of the Defendant Commissioner and against the Plaintiff Luconda Fenderson and this case is DISMISSED without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 9th day of January, 2014.

/s/ Terry F. Moorer
 TERRY F. MOORER
 UNITED STATES MAGISTRATE JUDGE